1

2

3

4                                                        JS-6

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 Jenessa and Philip Mejan,   )  Case No. **CV 10-238-JFW (OPx)**
                                )
12              Plaintiff,      )  **ORDER DISMISSING CIVIL ACTION**
                                )
13       v.                     )
                                )
14 I.C. System, et al.,         )
                                )
15              Defendants.     )
   _____)
16

17

18      THE COURT has been advised by counsel that this action

19 has been settled, or is in the process of being settled.

20      IT IS THEREFORE ORDERED that this action is hereby

21 dismissed without prejudice to the right, upon good cause

22 shown within 30 days, to re-open the action if settlement is

23 not consummated.  During this 30 day period, this Court

24 retains full jurisdiction over this action and this Order

25 shall not prejudice any party to this action.

26 / / /

27 / / /

28

(Rev. 2/15/08)

1        In the event a motion or *ex parte* application to re-open

2    is not filed within 30 days, the dismissal of this action

3    will be with prejudice.

4

5    Dated: April 12, 2010                    _____

6                                             JOHN F. WALTER
                                              United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(Rev. 2/15/08)                              2